# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TINA CAMERO, <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, <br><br> Defendants. | Case No. C19-1495 RSM-TLF <br><br> ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE |

Pursuant to Fed. R. Civ. P. 16(b), Local Civil Rule LCR 16(b), and the parties' Joint Status Report (Dkt. 10), the Court establishes the following schedule:

| Event | Date |
|---|---|
| Last date for joinder of additional parties | November 29, 2019 |
| Last date to amend the pleadings | December 16, 2019 |
| Disclosure of any expert witnesses' reports under FRCP 26(a)(2)* | April 22, 2020 |
| Last date to file motions related to discovery | May 22, 2020 |
| Completion of discovery <br>   Includes service of responses to interrogatories and requests for production, the taking of depositions, and meet-and-confer meetings. | June 22, 2020 |
| Last date to file and serve dispositive motions <br>   Under LCR 7, noting date is **fourth** Friday thereafter. Replies will be accepted. | July 21, 2020 |
| Last date to complete agreed-upon mediation conference under LCR 26.1 | September 4, 2020 |

| | |
|---|---|
| Last date to file motions in limine<br>    Under LCR 7, noting date is **third** Friday. Replies will be accepted. | September 21, 2020 |
| Agreed pretrial order due | October 7, 2020 |
| Trial briefs, trial exhibits, and jury instructions due | October 14, 2020 |
| JURY Trial to be held over 5-7 days at 9:00AM | October 19, 2020 |

These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause. If the assigned trial date creates an irreconcilable conflict, counsel must notify Judge Martinez's In-Court Deputy, Lowell Williams, at 206-370-8521, within 10 days of the date of this order and set forth the nature of the conflict. A failure to do so will be deemed a waiver.

Dispositive Motions

Any dispositive motion shall be filed and served on or before **July 21, 2020**. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the Court's motion calendar. Dispositive motions shall be noted for consideration on a date no earlier than the fourth Friday following filing and service of the motion. LCR 7(d)(3).

All briefs and affidavits in opposition to any motion shall be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7. The party making a motion may file and serve a reply to the opposing party's briefs and affidavits. Any reply brief

shall also be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7.

Privacy Policy

Pursuant to Federal Rule of Civil Procedure 5.2 and LCR 5.2, parties must redact the following information from documents and exhibits before they are filed with the court:

- Dates of Birth: redact to the year of birth
- Names of Minor Children: redact to the initials
- Social Security Numbers and Taxpayer Identification Number: redact in their entirety
- Financial Accounting Information: redact to the last four digits
- Passport Numbers and Driver License Numbers: redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and LCR 5.2.

Cooperation and Settlement

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

If the case resolves or settles in private mediation as indicated in the Joint Status Report (Dkt. 10), counsel for the parties shall promptly notify Judicial Law Clerk Elena Yi at (253) 882-3893, or direct the mediator to advise the court in writing as provided in Local Rule LCR 39.1(c)(7).

Proof of Service and Sanctions

All motions, pretrial statements and other filings shall be accompanied by proof that such documents have been served upon counsel for the opposing party or upon any party acting *pro*

ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE - 3

*se*. The proof of service shall show the day and manner of service and may be by written acknowledgment of service, by certificate of a member of the bar of this Court, by affidavit of the person who served the papers, or by any other proof satisfactory to the Court. Failure to comply with the provisions of the Order can result in dismissal/default judgment or other appropriate sanctions.

The Clerk of Court is directed to send a copy of this Order to counsel for the parties.

Dated this 1st day of November, 2019.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE - 4