UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINA CAMERO, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign insurance company,<br><br>　　　　　　　　　　Defendant. | Case No. C19-1495 RSM-TLF<br><br>**STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. PRO. 41(a)(1)(A)(ii)** |

**STIPULATION**

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), it is STIPULATED AND AGREED between the undersigned parties, through their respective counsel of record, that as a result of a settlement all of plaintiff's claims against defendant, Allstate Fire and Casualty Insurance Company in the above-entitled action may be dismissed, with prejudice and without an award of fees or costs to either party.

/ /

/ /

/ /

STIPULATION AND ORDER OF DISMISSAL
Case No. C19-1495 RSM-TLF
Page 1 of 4

Moore Law Group, pllc
1604 Hewitt Avenue, Suite 515
Everett, WA 98201
P: (425) 998-8999 / F: (425) 903-3638

1    IT IS SO STIPULATED this 29th day of April, 2020.

2

3   MOORE LAW GROUP PLLC                 COLE | WATHEN | LEID | HALL  PC

4    s/ Joseph W. Moore                  *s/Ryan J. Hall*
    Joseph W. Moore, WSBA No. 44061      Ryan J. Hall, WSBA No. 28585
5   Attorney for Plaintiff
    1604 Hewitt Avenue, Suite 515        *s/Christopher J. Roslaniec*
6   Everett, WA 98201                    Attorneys for Defendant
7   T: (425) 998-8999                    1505 Westlake Avenue North, Suite 700
     joseph@moore.law                    Seattle, WA 98109-6243
8                                        T: (206) 622-0494
                                         rhall@cwlhlaw.com   croslaniec@cwlhlaw.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORDER**

Based upon the foregoing Stipulation, the Court FINDS and ORDERS that all claims all of plaintiff Tina Camero against defendant, Allstate Fire and Casualty Insurance Company are dismissed with prejudice and without an award of fees or costs to either party.

DATED this 1st day of May, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

MOORE LAW GROUP PLLC

s/Joseph W. Moore
Joseph W. Moore, WSBA No. 44061
Attorney for Plaintiff
1604 Hewitt Avenue, Suite 515
Everett, WA 98201
T: (425) 998-8999
joseph@moore.law

COLE | WATHEN | LEID | HALL PC

*s/Ryan J. Hall*
Ryan J. Hall, WSBA No. 28585

*s/Christopher J. Roslaniec*
Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL
Case No. C19-1495 RSM-TLF
Page 3 of 4

MOORE LAW GROUP, PLLC
1604 Hewitt Avenue, Suite 515
Everett, WA 98201
P: (425) 998-8999 / F: (425) 903-3638

1505 Westlake Avenue North, Suite 700
Seattle, WA 98109-6243
T: (206) 622-0494
rhall@cwlhlaw.com  croslaniec@cwlhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on May 1, 2020, I caused to be served a copy of the foregoing document on the following parties:

| | |
|---|---|
| **Counsel for Defendant Allstate Fire and Casualty Ins. Co.**<br>COLE \| WATHEN \| LEID \| HALL  PC<br>Ryan J. Hall, WSBA # 28585<br>Christopher J. Roslaniec, WSBA #40568<br>1505 Westlake Ave N, Ste 700<br>Seattle, WA 98109 | Via Electronic Case Filing |

DATED April 30, 2020, in Everett, Washington.

MOORE LAW GROUP, PLLC

 s/ Joseph W. Moore
Joseph W. Moore, WSBA No. 44061

STIPULATION AND ORDER OF DISMISSAL
Case No. C19-1495 RSM-TLF
Page 4 of 4

MOORE LAW GROUP, PLLC
1604 Hewitt Avenue, Suite 515
Everett, WA 98201
P: (425) 998-8999 / F: (425) 903-3638